IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

JEREMY LATHROP,

        Plaintiff,

vs.

WABASH NATIONAL CORPORATION, a Foreign Corporation; TEC EQUIPMENT, INC. dba TEC EQUIPMENT, an Oregon Corporation; and FEDEX CORPORATION, a Foreign Corporation,

        Defendant.

Case No. **20CV32954**

CERTIFICATE OF SERVICE

STATE OF INDIANA
County of Marion     ss.

I, Sean Mastain, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Indiana and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **WABASH NATIONAL CORPORATION**, by personal service upon ANITA JOHNSON, the clerk on duty in the office of the registered agent, Corporate Creations Network Inc., 8520 Allison Pointe Boulevard, #220, Indianapolis, IN 46250 on October 06, 2020 at 11:52 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 21st day of October, 2020.

X _____
Sean Mastain
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*352312*