IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

JEREMY LATHROP,

        Plaintiff,

vs.

WABASH NATIONAL CORPORATION, a Foreign Corporation; TEC EQUIPMENT, INC. dba TEC EQUIPMENT, an Oregon Corporation; and FEDEX CORPORATION, a Foreign Corporation,

        Defendant.
_____/

Case No. **20CV32954**

CERTIFICATE OF SERVICE

STATE OF FLORIDA
COUNTY OF BROWARD        ss.

I, Joseph Jackson, hereby certify that I am a competent person 18 years of age or older, a resident of the STATE OF FLORIDA and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint*

<u>CORPORATE SERVICE - Pursuant to ORCP 7D(3):</u>

Upon **FEDEX CORPORATION**, by personal service upon Samantha Sutton, the clerk on duty in the office of the registered agent, CT Corporation System, 300 Montvue Road, Knoxville, TN 37919 on October 05, 2020 at 1:54 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ___9___ day of ___October___, 20_20_.

X_____
Joseph Jackson
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*352313*